**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–9264
www.iasb.uscourts.gov

| | |
|---|---|
| In the Matter of: | Case No. 01–05005–lmj7 |
| Crestland Cooperative, an Iowa Cooperative under I.C. Sec. 499 | |
| Debtor(s) | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Motion for Payment of Unclaimed Funds and Bar Date Notice in the above named case were duly transmitted to Interested Parties. No objection to the Motion for Payment of Unclaimed Funds having been filed.

**IT IS HEREBY ORDERED** that the Motion for Payment of Unclaimed Funds is granted. The Clerk of the U.S. Bankruptcy Court is ordered to pay **Iowa Economic Development Authority**, whose address is **c/o Brad C. Epperly, Nyemaster Goode, P.C., 700 Walnut Street, Suite1600, Des Moines, IA 50309** the amount of **$12,155.48**.

Judge Lee M. Jackwig
United States Bankruptcy Judge

**Entered on Docket**
**3/4/14**

1828 – 1825