**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–2044
www.iasb.uscourts.gov

In the Matter of:                                                                 Case No. 01–05005–lmj7

Crestland Cooperative, an Iowa Cooperative under I.C.
Sec. 499

Debtor(s)

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Motion for Payment of Unclaimed Funds and Bar Date Notice in the above named case were duly transmitted to Interested Parties. No objection to the Motion for Payment of Unclaimed Funds having been filed.

**IT IS HEREBY ORDERED** that the Motion for Payment of Unclaimed Funds is granted. The Clerk of the U.S. Bankruptcy Court is ordered to pay **Daniel W. Scott**, whose address is **5542 N 41st Ave Phoenix AZ 85019** the amount of **$418.63**.

Judge Lee M. Jackwig
United States Bankruptcy Judge

**Entered on Docket**
**6/9/14**

1850 – 1847